IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | 1:24CR324-1 |
| KENNETH SCOTT MIDDLETON | : | |

The Grand Jury charges:

On or about June 3, 2024, in the County of Guilford, in the Middle District of North Carolina, KENNETH SCOTT MIDDLETON knowingly did possess in and affecting commerce a firearm, that is, a Ruger 9mm handgun, having been convicted of a crime punishable by imprisonment for a term exceeding one year, and with knowledge of that conviction; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

DATED: October 28, 2024

SANDRA J. HAIRSTON
United States Attorney

BY: LINDSEY A. FREEMAN
Assistant United States Attorney

A TRUE BILL:

_____
FOREPERSON